**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **BEVERLY REED** | ) | |
| | ) | **BANKRUPTCY CASE 09-15440** |
| | ) | **Chapter 7** |
| **DEBTOR.** | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

      Claim #1I    Adams County Treasurer              $.50
                          313 W. Jefferson Street, Suite 239
                          Decatur, IN  46733

Total Check Amount =  $.50

                                                      Respectfully submitted,

                                                      /s/ Dustin M. Roach
                                                      Dustin M. Roach, Chapter 7 Trustee
                                                      436 East Wayne Street
                                                      Fort Wayne, Indiana   46802
                                                      Telephone: 260-424-8132
                                                      dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 7th day of December, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

                                                       /s/ Dustin M. Roach
                                                     Dustin M. Roach, Trustee